James H. Hohenstein  
Lissa D. Schaupp  
HOLLAND & KNIGHT LLP  
195 Broadway  
New York, NY 10007-3189  
(212) 513-3200  
Telefax: (212) 385-9010  
E-mail: jim.hohenstein@hklaw.com  
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,  
James N. Hood as Liquidating Trustee of the  
Oceantrade Corporation Liquidating Trust

*JUDGE KAPLAN*

**08 CV 3507**



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>             Plaintiff,<br><br>        -against-<br><br>KW BULKERS LTD.,<br><br>             Defendant. | 08 Civ.    (  )<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES <u>OF CIVIL PROCEDURE</u>** |

    I, James H. Hohenstein, attorney for Plaintiff James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Neither Oceantrade Corporation Liquidating Trust nor Oceantrade Corporation has any corporate parents. In addition, neither entity is publicly traded or has shares that are owned by publicly traded companies.

Dated: New York, New York
April 9, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
         lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*James N. Hood as Liquidating Trustee
of the Oceantrade Corporation
Liquidating Trust*

# 5254564_v1