CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMES N. HOOD AS LIQUIDATING TRUSTEE :
OF THE OCEANTRADE CORPORATE
LIQUIDATING TRUST,

      Plaintiff,    : 08-CV-3507

    v.        : **NOTICE OF**
              **APPEARANCE**
KW BULKERS LTD.,

      Defendants.  :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
   May 5, 2008

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

        By: _____
           Richard J. Reisert (RR-7118)
           7800 River Road
           North Bergen, NJ 07047
           Tel: (201) 537-1200
           Fax: (201) 537-1201
           Email: reisert@navlaw.com