UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES N. HOOD,

        Plaintiff(s)

    V.                                        08-cv-3507 (LAK)

KW BULKERS LTD,

        Defendant(s).

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

HON. LEWIS A KAPLAN:

                          ORDER

      This action will be dismissed without prejudice without any further action by the Court, on consent of plaintiff, unless on or before December 1, 2008, plaintiff shall have filed a proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued.

SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Dated:      New York, N.Y.

             May 29, 2008

Consented to by Plaintiff's Counsel: _____
                                     James H. Hohenstein, Esq.